UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 16-CV-62976

ABDELALI BOUDLAL,

    Plaintiff,

v.

CREDIT CORP. SOLUTIONS, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ABDELALI BOUDLAL, and Defendant, CREDIT CORP SOLUTIONS, INC., by and through their undersigned counsel, represent to the Court that this action has been resolved and would request entry of an Order dismissing this matter with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 30th day of March, 2017.

| | |
|---|---|
| /s/ Joel D. Lucoff | /s/ Seth P. Robert |
| Joel D. Lucoff | Seth P. Robert |
| Fla. Bar No. 192163 | Fla. Bar No. 145696 |
| JDL Law, P.A. | Brown Robert, LLP |
| P.O. Box 277534 | 150 N. Federal Hwy, FL2 |
| Miramar, FL 33027-7534 | Fort Lauderdale, FL 33301 |
| Tel:   954-562-0907 | Tel:   954-832-9400 |
| service@jdllawpacom | srobert@brownrobertcom |
| Attorneys for Plaintiff | Attorneys for Defendant |